# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LEE ANDREW HARRIS,

              Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

              Defendant.

_____/

Case No.  1:16-cv-01537-SKO

**ORDER DIRECTING CLERK TO CLOSE CASE**

**(Doc. 14)**

      On July 20, 2017, the parties filed a Joint Stipulation of Dismissal, in which the parties notify the Court that Plaintiff voluntarily dismisses this action with prejudice.  (Doc. 14.)  This stipulation is signed by all parties who have appeared in this action.  (*See id.* at 2.)  As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated:   **July 24, 2017**              /s/ *Sheila K. Oberto*

                                 UNITED STATES MAGISTRATE JUDGE